UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**INDIA D. COBB,**

    **Plaintiff(s),**

v.                                                          **CASE NO:  8:11-CV-599-T-30EAJ**

**JOHN ARTHUR STEPHENS, SR., et al.,**

    **Defendant(s).**

_____/

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #26).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on October 17, 2011.

*[signature: James S. Moody, Jr.]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-599 dismiss 26.docx